## Borie's Estate.

Charles C. Perkins and Joseph Carson, for petitioners.

William M. Boenning, contra.

PER CURIAM, Feb. 20, 1930.—In a comprehensive opinion which covers all questions raised by the exceptant, the Hearing Judge has properly applied the law to the given facts, and we, therefore, see no reason for further elaboration.

Accordingly, the exceptions are dismissed and the decree directed to be entered is made absolute.

HENDERSON, J., did not sit.